UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE AYALA,<br><br>Defendant. | Case No. 22-cr-00141-JSC-1<br><br>**ORDER GRANTING MOTION TO SUPPRESS**<br><br>Re: Dkt. Nos. 43, 68 |

Jorge Ayala moved to suppress all evidence obtained as a result of a search of his residence on June 29, 2021. (Dkt. No. 43.) Following briefing and oral argument, the Court concluded the search of Mr. Ayala's residence was not within the scope of the warrant, and no exception to the warrant requirement applies. (Dkt. No. 68.) So, the Court found any evidence, including statements made by Mr. Ayala at the search scene and six months later that were causally related to the unconstitutional search, had to be excluded. Because the record was unclear as to the content of Mr. Ayala's statements, their timing, and the questions posed, the Court granted the government leave to file a supplemental brief, on or before January 6, 2023, if it believed in good faith that any of Mr. Ayala's challenged statements were not the fruit of the illegal search. (Dkt. No. 68 at 11.) The government did not file a brief and the time to do so has run. The Court construes the government's decision not to file a brief as a concession that all of Mr. Ayala's challenged statements were the fruit of the illegal search as set forth in the Court's Order.

Accordingly, Defendant's motion to suppress is GRANTED as to the evidence seized during the illegal search and Mr. Ayala's statements at the time of the search and on December 20, 2021.

The Court sets a Status Conference for January 18, 2023, at 9:00 a.m. in Courtroom 8, 450 Golden Gate Ave., San Francisco, California.

This Order disposes of Docket No. 43.

**IT IS SO ORDERED.**

Dated: January 9, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge