```
 1  STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
 2
    THOMAS A. COLTHURST (CABN 99493)
 3  Chief, Criminal Division

 4  KENNETH CHAMBERS (NYBN 5559885)
    Assistant United States Attorney
 5
        1301 Clay Street, Suite 340S
 6      Oakland, California 94612
        Telephone: (510) 637-3680
 7      FAX: (510) 637-3724
        kenneth.chambers@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 3:22-CR-00141-JSC |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER |
| v. | ) |
| JORGE AYALA, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above captioned Information against JORGE AYALA.

DATED: January 17, 2023                                    Respectfully submitted,

                                                           STEPHANIE M. HINDS
                                                           United States Attorney


                                                              /s/
                                                           THOMAS A. COLTHURST
                                                           Chief, Criminal Division

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss the Information against JORGE AYALA.

IT IS SO ORDERED.

DATED: January 17, 2023

*Jacqueline Scott Corley*
**HON. JACQUELINE S. CORLEY**
United States District Judge